STATE OF NEW JERSEY v. ISIAH TUNSTALL.

June 20, 1983.

Petition for certification denied.

JOSEPH J. MURPHY, JR. v. GILBERT A. SPROTT.

June 20, 1983.

Petition for certification denied.

CYRUS HATAMI v. EDWARD O'LONE, SUPERINTENDENT OF
THE STATE PRISON AT LEESBURG.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN VENER.

June 20, 1983.

Petition for certification denied.